UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ravi Kumar Komari, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:15-CV-13941-GAO |
| Tufts University Office of Trustees et al, | * |
| Defendant. | * |

ORDER OF DISMISSAL

July 29, 2016

O'Toole, D.J.

Pursuant to the Court's Opinion and Order [77] filed on July 29, 2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge